**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA R. MURPHY**                                                                    **PETITIONER**
**ADC #760343**

**v.**                                    **CASE NO. 1:19-CV-00091 BSM**

**TONI BRADLY, et al.**                                                            **RESPONDENTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 5] is adopted, and Murphy's petition for a writ of habeas

corpus [Doc. No. 2] is dismissed without prejudice. A certificate of appealability will not

issue.

IT IS SO ORDERED this 5th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE