IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA R. MURPHY**  **PETITIONER**
**ADC #760343**

**v.**  **CASE NO. 1:19-CV-00091 BSM**

**TONI BRADLY, et al.**  **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE